

# IN THE
# TENTH COURT OF APPEALS

## No. 10-09-00229-CR

## EX PARTE DARRYL WILLIAMS

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 09-9236

## MEMORANDUM  OPINION

This original proceeding, in which a pro se jailed arrestee seeks pre-indictment, pretrial habeas corpus relief, is dismissed for lack of jurisdiction.[1]

REX D. DAVIS
Justice

---

[1] The petition for writ of habeas corpus lacks proof of service on anyone other than this Court. A copy of all documents presented to the Court must be served *on all parties* (*e.g.*, the trial court and the district attorney) and must contain proof of service. TEX. R. APP. P. 9.5, 52.2. Proof of service may be in the form of either an acknowledgement of service by the person served or a certificate of service. TEX. R. APP. P. 9.5(d). A certificate of service must be signed by the person who made the service, and must state (1) the date and manner of service, (2) the name and address of each person served, and (3) if the person served is a party's attorney, the name of the party represented by that attorney. *Id*. at (e). To expedite this matter, we implement Rule of Appellate Procedure 2 to suspend Rule 9.5's proof-of-service requirement.

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Petition dismissed
Opinion delivered and filed July 29, 2009
Do not publish
[CR25]